## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David R. Hubbard                                    CHAPTER 13

                 Debtor(s)

                                       BKY. NO. 25-14874 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                     Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
19 Feb 2026, 16:00:22, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322

Document ID: cfcfabd3b75d8abda697d8f8d939d5e7170b3c0be13928d04c04ca26ef6cf4f4