**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:     David R. Hubbard<br>                          Debtor<br>                   and<br><br>        Jerilynn S. Lawrence<br>                          Co-Debtor<br><br>Lakeview Loan Servicing, LLC, or its Successor or<br>Assignee<br>                          Movant<br>                   vs.<br>Kenneth E. West, Trustee<br>David R. Hubbard<br>Jerilynn S. Lawrence<br>                          Respondents | Chapter 13<br>Bankruptcy No. 25-14874 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for Lakeview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: April 6, 2026

David R. Hubbard
206 Wildwood Avenue
East Lansdowne, PA 19050

Jerilynn S. Lawrence
206 Wildwood Avenue
East Lansdowne, PA 19050

Mark A. Berenato
Berenato Law Firm
391 Wilmington Pike, PMB 264
Glen Mills, PA 19342

Kenneth E. West
Office of the Chapter 13
Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal
Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin. Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Lakeview Loan Servicing, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com