United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14874-pmm

David R. Hubbard                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 2

Date Rcvd: Apr 07, 2026                          Form ID: pdf900                          Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Hubbard, 206 Wildwood Avenue, East Lansdowne, PA 19050-2635 |
| cr | + | Servbank, N.A., c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, Pa 15219-4430 |
| 15106493 | + | Lakeview Loan Servicing,LLC, c/o Andrew M. Lubin,Esquire, 1420 Walnut Street, Suite 1105, Philadelphia, PA 19102-4011 |
| 15078476 | + | The Money Source, P.O. Box 619063, Dallas, TX 75261-9063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2026 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2026 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 00:33:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15080570 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:40:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15105753 | ^ | MEBN | Apr 08 2026 00:23:22 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15105898 | ^ | MEBN | Apr 08 2026 00:23:21 | Lakeview Loan Servicing, LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15106728 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 08 2026 00:33:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15079289 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 00:33:00 | Santander Bank, P.O. Box 660633, Dallas, TX 75266-0633 |
| 15078477 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 00:33:00 | Santander Bank, P.O. Box660633, Dallas, TX 75266-0633 |
| 15084731 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 00:33:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15098975 | + | Email/Text: BK@servicingdivision.com | Apr 08 2026 00:33:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15080574 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2026 00:40:45 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15095107 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Apr 08 2026 00:40:40    Verizon, by AIS InfoSource LP as agent, 4515 N
Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 15079288 | *+ | The Money Source, P.O. Box 619063, Dallas, TX 75261-9063 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Servbank  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Servbank  N.A. kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARK A. BERENATO | on behalf of Debtor David R. Hubbard mark@berenatolawfirm.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
DAVID R. HUBBARD |
| Bankruptcy No. 25-14874-PMM
Debtor |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 7, 2026**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge